# United States Court of Appeals

## For the Eighth Circuit

_____

No. 12-3827

_____

Mitchell D. Fields

*Plaintiff - Appellant*

v.

United Parcel Service, Inc.

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: June 24, 2013
Filed: July 3, 2013
[Unpublished]

_____

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Mitchell D. Fields appeals the district court's[1] adverse grant of summary judgment in this diversity employment-discrimination action under the Missouri

_____

[1]The Honorable Catherine D. Perry, Chief Judge, United States District Court for the Eastern District of Missouri.

Human Rights Act.  Fields offers no valid basis,[2] and we find none, for overturning the district court's well-reasoned decision.  See Porter v. City of Lake Lotawana, 651 F.3d 894, 897-98 (8th Cir. 2011) (reviewing de novo grant of summary judgment, viewing record in light most favorable to non-movant); Melford Olsen Honey, Inc. v. Adee, 452 F.3d 956, 966 (8th Cir. 2006) (reviewing de novo district court's application of state law).  The judgment of the district court is affirmed. See 8th Cir. R. 47B.

––––––––––––––––––––––––––––––

[2]Claims, allegations, and arguments may not be advanced for first time on appeal.  See Stone v. Harry, 364 F.3d 912, 914-15 (8th Cir. 2004).